```
                      UNITED STATES DISTRICT COURT
                         DISTRICT OF NEW JERSEY
```

UNITED STATES OF AMERICA       :
                               :  CRIMINAL ACTION NO. 07-525 (MLC)
     v.                        :
                               :  **NOTICE OF PEREMPTORY TRIAL DATE**
SHERMAN HOUSER,                :       **AND ATTACHMENT ORDER**
                               :
     Defendant.                :
                               :

This action being the subject of an Order entered on January 29, 2008, setting forth a schedule for pretrial proceedings and trial, pursuant to the Speedy Trial Act, 18 U.S.C. § 3161; and the parties having appeared on this date for arraignment on a Superseding Indictment which reflected the elimination from the caption of two co-defendants; and the matter being ready for trial on the established schedule;

**IT IS** on this 9th day of May, 2008, **ORDERED THAT A PEREMPTORY TRIAL SCHEDULE HAS BEEN IMPOSED AS FOLLOWS:** Bruce Throckmorton, Esq., attorney for SHERMAN HOUSER, and the assigned Assistant United States Attorney, James T. Kitchen, AUSA, are hereby attached to this Court for trial commencing at 9:00 a.m. on Tuesday, June 3, 2008, and on each subsequent weekday until trial is completed. They are also attached to this Court for a pretrial conference and motions argument at 1:00 p.m. on Friday, May 23, 2008.

                                        s/
                                   **MARY L. COOPER**
                                   United States District Judge